United States District Court
Southern District of Texas
**ENTERED**
September 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | : : : : : **Civil Action No. : 4:15-cv-00566** |
| Plaintiff, | : : |
| v. | : : |
| **AHMAD FNAIKHER ALYASIN and OPTIMA GLOBAL FINANCIAL, INC.,** | : : : |
| Defendants. | : : |

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court on further consideration of Plaintiff Securities and Exchange Commission's Renewed Motion for Monetary Remedies. Doc. 31.

On March 3, 2015, the Commission filed a Complaint against Defendants Ahmad Fnaikher Alyasin ("Alyasin") and Optima Global Financial, Inc. ("Optima"), as well as Consents to Judgment executed by both Defendants. Docs. 1 & 4.

On March 18, 2015, the Court entered Judgment as to Defendant Alyasin (Doc. 9), and on March 12, 2015, the Court entered Judgment as to Defendant Optima (Doc. 8), which judgments provided injunctive and other non-monetary relief against Defendants, and which judgments are incorporated herein with the same force and effect as if fully set forth herein.

On September 15, 2017, the Court **GRANTED** the Securities and Exchange Commission's Renewed Motion for Monetary Remedies as to both Defendants. Doc. 36.

After a careful review of the record, and the Court being otherwise fully advised:

I.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Securities and Exchange Commission and against Defendants Alyasin and Optima (collectively, "Defendants").

II.

**IT IS FURTHER ORDERED** that Defendants are jointly and severally liable for disgorgement of $5,235,000, plus prejudgment interest of $420,362, for a total amount of $5,655,362, representing profits gained as a result of the conduct alleged in the Complaint.

III.

**IT IS FURTHER ORDERED** that Defendants are liable for a third-tier civil penalty of $150,000, pursuant to Section 20(d) of the Securities Act [15 U.S.C. §77t(d)] and Sections 21(d)(3) and 21A(a) of the Exchange Act [15 U.S.C. §§78u(d)(3) and 78u-1(a)].

IV.

**IT IS FURTHER ORDERED** that Defendants shall satisfy these obligations by payment in full to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.  Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange

Commission, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; identifying Defendant(s) making the payment; and specifying that payment is made pursuant to this Final Judgment.

Defendants shall simultaneously transmit photocopies of evidence of payment, and case identifying information, to the Commission's counsel in this action. By making these payments, Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 90 days following entry of this Final Judgment. Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

V.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

**SO ORDERED** this __26__ day of __Sept__, 2017.

_[signature]_

United States District Judge